UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GREAT AMERICAN INSURANCE COMPANY** | : | CASE NO. 1:18-cv-00213-TSB |
| | : | |
| | : | (Judge Timothy S. Black) |
| **Plaintiff** | : | (Magistrate Karen L. Litkovitz) |
| | : | |
| vs. | : | **JOINT REPORT ON MEDIATION** |
| | : | **EFFORTS** |
| **GEMMA POWER SYSTEMS, LLC,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

The parties, through counsel, provide the following Joint Report which has been reviewed with our respective clients.

Counsel for the parties convened a meet and confer call within seven days of the Court's directive to re-engage in mediation efforts. In that call, counsel agreed that the parties could engage in further negotiations client-to-client.

Further, counsel agreed that the Kramig Entities should provide an initial demand since the renewed negotiations involve more parties than participated in the prior mediation. Kramig provided the initial demand to commence negotiations. Thereafter, the parties convened a call without counsel, which occurred on November 9.

The parties have reported to their respective counsel that they attempted to resolve their respective claims, but the numbers set to the demands and counterclaims are so far apart that, at this time, the parties are at impasse.

Counsel represent that they remain open to further negotiations once the court rules on the pending Motions.

Respectfully submitted,

/s/ James D. Houston
James D. Houston (0072794)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
jhouston@ulmer.com

and

/s/ David C. Olson
David C. Olson (0005597)
FROST BROWN & TODD
301 East Fourth Street
3300 Great American Tower
Cincinnati, Ohio 45202
dolson@fbtlaw.com
*Counsel for Plaintiff*
*Great American Insurance Company*

/s/ Gregory D. Brunton
Gregory D. Brunton (0061722)
GORDON REES SCULLY MANSUKHANI, LLP
41 South High Street, Suite 2495
Columbus, OH 43215
gbrnton@grsm.com
*Counsel for Defendant*
*Gemma Power Systems, LLC*

/s/ C.J. Schmidt, III
C.J. Schmidt, III (0034030)
Jeffrey R. Teeters (0061801)
WOOD & LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
cjschmidt@woodlamping.com
jrteeters@woodlamping.com
*Counsel for Intervening Plaintiffs*
*Kramig Industrial, Inc., Kramig, Inc., R.E. Kramig &*
*Co., Inc., Kramig Corp., Diversified Industrial Capital*
*Group, Inc. and South Wayne, LLC*

0029665.0659125   4830-8852-0058v1