## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | : | CASE NO. 1:18-cv-00213-TSB |
|  | : |  |
|  | : | JUDGE TIMOTHY S. BLACK |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : | **ENTRY OF DISMISSAL,** |
|  | : | **WITH PREJUDICE** |
| GEMMA POWER SYSTEMS, LLC, ET AL., | : |  |
|  | : |  |
|  | : |  |
| Defendant. | : |  |

The Court, having been advised that the Parties have fully compromised, resolved, and settled all claims by and between and among them, hereby dismisses this case, in its entirety, WITH PREJUDICE. The Parties shall each bear their own Court costs.  This Court expressly retains jurisdiction over any disputes between the Parties arising under the Settlement Agreement, pursuant to which this matter was resolved.

**SO ORDERED** this 29th day of August, 2019.


*/s/ Timothy S. Black*
Timothy S. Black, Judge
United States District Court for the
Southern District of Ohio


/s/ James D. Houston
James D. Houston (0072794)
STRAUSS TROY CO LPA
150 East Fourth St, 4th fl
Cincinnati, Ohio 45202
jhouston@strausstroy.com
Counsel for Plaintiff,
Great American Insurance Company

/s/ David C. Olson
David C. Olson (0005597)
FROST BROWN & TODD
301 East Fourth Street
3300 Great American Tower
Cincinnati, Ohio 45202
dolson@fbtlaw.com
Counsel for Plaintiff,
Great American Insurance Company


/s/ Gregory D. Brunton
Gregory D. Brunton (0061722)
GORDON REES SCULLY MANSUKHANI, LLP
41 South High Street, Suite 2495
Columbus, OH 43215
gbrunton@grsm.com
Counsel for Defendant,
Gemma Power Systems, LLC


/s/ C.J. Schmidt, III
C.J. Schmidt, III (0034030)
Jeffrey R. Teeters (0061801)
WOOD & LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
cjschmidt@woodlamping.com
 jrteeters@woodlamping.com
Counsel for Intervening Plaintiffs,
Kramig Industrial, Inc., Kramig, Inc.,
R.E. Kramig & Co., Inc., Kramig Corp.,
Diversified Industrial Capital Group, Inc.
and South Wayne, LLC


13453235.1